**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| GEORGE LUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TYRONE OLIVER, in his individual capacity, | ) | CIVIL ACTION |
| JAMIE CLARK, in his individual capacity, | ) | NO. 6:25-cv-047 |
| BRIAN ADAMS, in his individual capacity, | ) | |
| JACOB BEASLEY, in his individual capacity, | ) | |
| KATHY MARTIN, in her individual capacity, and | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, without waiving any defenses available under state and federal law, and in support show the following:

1.    On April 24, 2025, Plaintiff filed a civil action in the State Court of Tattnall County, Georgia styled *George Luckett v. Tyrone Oliver, et. al.*, and having the Civil Action No. STSV2025000052 ("the Action"). Attached hereto as Exhibit A is a copy of the state court papers. This includes all process, pleadings, and orders served in the Action, as well as pleadings and orders that were not served.

2.    The Action seeks money damages for alleged violations of rights under the Eighth Amendment of the United States Constitution and 42 U.S.C. § 1983, as well as money damages for allegedly tortious conduct under Georgia state law. Plaintiff alleges that Defendants failed to provide him with adequate medical care after he was attacked by other inmates.

1

3.    The Action is a civil rights case and presents a federal question over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331 and questions of state law over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4.    The Action is one that may be removed to this Court under 28 U.S.C. § 1441(a).

5.    Defendants Georgia Department of Corrections and Oliver were served with and received a copy of the summons and complaint in the Action on May 6, 2025. Defendants Clark, Beasley, and Martin were served with and received a copy of the summons and complaint in the Action on May 12, 2025. Defendant Adams was served with and received a copy of the summons and complaint in the Action on May 14, 2025.

WHEREFORE, Defendants move that this Notice of Removal be filed, that the Action be removed to and proceed in this Court, and that no further proceedings be had in the Action in the State Court of Tattnall County, Georgia.

Respectfully submitted,

CHRISTOPHER M. CARR          112505
Attorney General

LORETTA L. PINKSTON-POPE     580385
Deputy Attorney General

ROGER A. CHALMERS            118720
Senior Assistant Attorney General

RONALD S. BOYTER, JR.        073553
Senior Assistant Attorney General

/s/ Ellen Cusimano
ELLEN CUSIMANO               844964
Senior Assistant Attorney General

*Counsel for Defendants Oliver, Clark, Beasley, Martin, and Georgia Department of Corrections*

2

ELLEN CUSIMANO
Senior Assistant Attorney General
State of Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3597
Email: ecusimano@law.ga.gov


*/s/ Noah Green*
NOAH GREEN                                     468138

*Counsel for Defendant Brian Adams*

Henefeld &Green, P.C.
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
404-841-1275
ngreen@henefeldgreen.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 5th day of June, 2025.

/s/ Ellen Cusimano
ELLEN CUSIMANO          844964
Senior Assistant Attorney General