**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

GEORGE LUCKETT,

Plaintiff,

v.

TYRONE OLIVER, at al.,

Defendants.

CIVIL ACTION NO.: 6:25-cv-47

**O R D E R**

On August 13, 2026, the Court administratively closed this action as the case had settled. (Doc. 46.) Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they stipulate to the dismissal of this action, and all claims asserted or that could have been asserted therein, with prejudice, with each party to bear their own expenses and costs. (Doc. 47.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 14th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA